1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ERIK DAVID MCKINNEY

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) NO. Cr. S-13-035-JAM
                                    )
12              Plaintiff,          )
                                    ) **STIPULATION AND [PROPOSED] ORDER;**
13      v.                          ) **CONTINUING DETENTION HEARING**
                                    )
14 ERIK DAVID MCKINNEY,             )
                                    ) Date:  February 13, 2013
15              Defendant.          ) Time:  2:00 p.m.
   _____ ) Judge: Hon. Kendall J. Newman
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, KYLE REARDON, Assistant United States

19 Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for

20 ERIK DAVID MCKINNEY, that the detention hearing date of February 8,

21 2013 be continued to February 13, 2013 at 2:00 p.m.

22      Defense needs additional time to formulate a release plan and meet

23 with the pretrial services officer.  The pretrial services officer

24 agrees with this request.

25 //

26

27

28

1    Based upon the foregoing, the parties, through their respective

2  counsel, hereby agree and stipulate that the detention hearing in this

3  case be continued until February 13, 2013 at 2:00 p.m.

4  DATED:  February 8, 2013                    Respectfully submitted,

5                                              JOSEPH SCHLESINGER
                                               Acting Federal Public Defender
6

7
                                               /s/ Rachelle Barbour
8                                              RACHELLE BARBOUR
                                               Designated Counsel for Service
9                                              Attorney for KYLE DAVID MCKINNEY

10
   DATED:  February 8, 2013                    BENJAMIN WAGNER
11                                             United States Attorney

12

13                                             /s/ Rachelle Barbour for
                                               KYLE REARDON
14                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff
15

16

17      IT IS SO ORDERED.

18  Dated: February 8, 2013.
                                               EDMUND F. BRENNAN
19                                             UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28