| 1 | HEATHER E. WILLIAMS, State Bar #122664 |
| --- | --- |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, State Bar #185395 |
| | Research & Writing Attorney |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | rachelle.barbour@fd.org |
| 5 | |
| 6 | Attorneys for Defendant |
| | ERIK DAVID McKINNEY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr.S. 13-00035-JAM |
| --- | --- |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ERIK DAVID McKINNEY, | Dated: December 3, 2013 |
| | Time: 9:45 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, ERIK DAVID McKINNEY, that the status conference set for Tuesday, October 29, 2013 be continued to Tuesday, December 3, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to discuss a proposed resolution with the government and Mr. McKinney. Further, the defense is investigating mitigating evidence in this case and requires additional time to present it to the government in support of a resolution. The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of

/ / /

/ / /

the status conference set for October 29, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 23, 2013                          HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 /s/ Rachelle Barbour_____
                                                 RACHELLE BARBOUR
                                                 Research and Writing Attorney
                                                 Attorney for Defendant

DATED: October 23, 2013                          BENJAMIN WAGNER
                                                 United States Attorney

                                                 /s/ Rachelle Barbour for_____
                                                 KYLE REARDON
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including December 3, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the October 29, 2013 status conference shall be continued until December 3, 2013, at 9:45 a.m.

DATED:  October 28, 2013

                                                 /s/ John A. Mendez_____
                                                 HON. JOHN A. MENDEZ
                                                 United States District Court Judge